

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-15-00623-CV

**IN THE ESTATE OF MARJORIE A. CHILDS**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014-PC-0056
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

On October 23, 2015, we granted appellants' petition for permission to appeal from an interlocutory order and ordered appellants' brief due November 12, 2015. The clerk's record was previously filed on October 7, 2015. Appellant Pamela Ann Childs has filed an unopposed motion for extension of time to file her brief, noted the clerk's record is incomplete, and requested the probate court clerk file a supplemental record. Appellant Pamela Ann Childs's motion is granted. We order the clerk of Probate Court No. 2 to file the supplemental record by **November 9, 2015**. We order Appellant Pamela Ann Childs's brief due **November 30, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court